# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2021 KW 1010

VERSUS

CARL ARNAUD                                          **OCTOBER 25, 2021**

---

In Re:    Carl Arnaud, applying for supervisory writs, 18th
          Judicial District Court, Parish of Iberville, No. 948-
          06.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

    **WRIT DENIED.**

                          **PMc**
                          **JEW**
                          **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT